Law Offices
# RICCI ✦ FAVA L.L.C.

Ronald J. Ricci, Esq.
Joseph Fava, Esq.*
Marisa Dominguez, Esq.*

Kevin Sisco, Esq.
Jacqueline Ramirez, Esq.*
Tina L. Naraine, Esq.

Of Counsel:
Michael J. DeMarco, Esq.
Vincent C. Scoca, Esq.
Brooke Bagley, Esq.

*Admitted to NJ & NY Bars

16 Furler Street, 2nd Floor
Totowa, New Jersey 07512

(973) 837-1900
Facsimile: (973) 837-1915
E-mail: mail@riccifavalaw.com

Essex County Offices

395 Franklin Street
Bloomfield, New Jersey 07003
(973) 837-1900
Facsimile: (973) 837-1915
E-mail: mail@riccifavalaw.com

*Please Reply to our Totowa Office*

September 18, 2023

**Via E-File**
Honorable Amy Berman Jackson, U.S.D.J.
Patrick Henry Building
601 D. St., N.W.
Washington, D.C. 20530

Re: **USA v. Salvatore Vasallo**
**Case #: 1:22-cr-00325-ABJ**

Dear Judge Berman-Jackson:

This law firm represents Defendant Salvatore Vasallo in the above-referenced matter.

On September 15, 2023, the Court advised the undersigned that Defendant Vasallo is ordered to produce the required financial forms to the United States Probation Office by September 19, 2023 to determine whether he is able to pay any fine imposed by the Court.

However, Defendant Vasallo provided the required financial paperwork to the United States Probation Officer on or about August 8, 2023. On August 31, 2023, I received a confirming email from Monika Lindo of the United States Probation Office that she did indeed receive the required financial information from Salvatore Vasallo and had forwarded it to the United States Probation Office in Washington, D.C.

Earlier today, I forwarded an email to Ms. Lindo advising her of the Court's minute order of September 15, 2023 requesting the financial information for Mr. Vasallo.

Thanking the Court for its many courtesies to counsel, I remain.

Very truly yours,

Ronald J. Ricci, Esq.

RJR/jg
Enc.
cc: Barry Disney, Esq.
    Alexandra Faster, Esq.